IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:09-CR-59 |
| | ) |
| STEVEN D. ARCHER, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned judge hereby recuses in this matter and requests that the Chief Judge reassign this case to another judge.

**IT IS SO ORDERED.**

                                        **ENTER:**

                                    s/ C. Clifford Shirley, Jr.
                                    United States Magistrate Judge